IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AARON L. KAISER,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4409

Opinion filed February 5, 2015.

Petition – Ineffective Assistance of Counsel – Original Jurisdiction.

Aaron L. Kaiser, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Kristen Bonjour, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

       DENIED.

RAY, MAKAR, and BILBREY, JJ., CONCUR.